IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**SOLOMAN STEVE KENNEDY**                                                                                  **PLAINTIFF**

**V.**                                          **CIVIL ACTION NO. 4:15CV63-SA-SAA**

**SONJA STANCIEL, et al.**                                                        **DEFENDANTS**

**JUDGMENT**

Upon consideration of the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge dated November 20, 2015, and the objections thereto, the Court finds that Plaintiff's objections are without merit, and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the Court. It is, therefore, **ORDERED**:

1. That Plaintiff's objections to the Magistrate Judge's Report and Recommendation are **OVERRULED**;

2. That the Report and Recommendation of the United States Magistrate Judge dated November 20, 2015, is hereby **APPROVED AND ADOPTED** as the opinion of the Court;

3. That Defendants Sonja Stanciel, John Roger, Larry Belton, Gloria Jones, Warden Turner, Dr. Juan Santos, and Dr. Burke be **DISMISSED** from this cause;

4. That Plaintiff's unconstitutional conditions of confinement claims, except his claim that he was denied privileges, **PROCEED** against Defendant Earnest Lee.

**THIS** the 8th day of January, 2016.

                                                                           /s/ Sharion Aycock
                                                                           **U.S. DISTRICT JUDGE**